UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTENEH TESFAYE,

    Defendant.

Case No: 2:24-cr-00217JHC

ORDER OF WITHDRAWAL AND SUBSTITUTION

Having reviewed the Motion to Withdraw filed by counsel in this case, Dkt. # 29, it is hereby ordered that attorney Allyson Barker be allowed to withdraw as counsel for Mr. Tesfaye and substitute counsel be appointed from the CJA panel.

DATED this 28th day of March 2025.

*John H. Chun*
John H. Chun
U.S. District Judge

- 1- ORDER OF WITHDRAWAL AND SUBSTITUTION