THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR24-217 JHC |
| Plaintiff, | ORDER CONTINUING TRIAL |
| v. | |
| ANTENEH TESFAYE, | |
| Defendant. | |

The Court has considered the Unopposed Motion to Continue the Trial and Pretrial Motions Deadline.

THE COURT FINDS that the failure to grant a continuance of the trial date would result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

THE COURT FURTHER FINDS that on March 28, 2025, Mr. Tesfaye's former counsel was allowed to withdraw from this matter. Dkt. #30. Present counsel was appointed on April 7, 2025. Dkt. #31. This case is complex, as it arises from a nearly two-year investigation and there is a significant volume of discovery. Therefore, it is unreasonable to expect new counsel to adequately prepare, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii), for pretrial proceedings or the trial itself as currently set.

ORDER CONTINUING TRIAL- 1
(*United States v. Anteneh Tesfaye*, CR 24-217 JHC)

SCANLAN LAW, PLLC
506 SECOND AVENUE, SUITE 1400
SEATTLE, WASHINGTON 98104
(206) 237-0677

THE COURT FURTHER FINDS that the failure to grant a continuance of the trial date and pretrial motions deadline would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS, therefore, that pursuant to 18 U.S.C. §§ 3161(h)(6) and 3161(h)(7), the ends of justice will best be served by a continuance, and that they outweigh the interest of the public and the defendant in a speedy trial.

NOW, THEREFORE, IT IS HEREBY ORDERED that the trial date will be continued until February 17, 2026 at 1:30 p.m. The period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. § 3161.

IT IS FURTHER ORDERED that the pretrial motions will be filed no later than November 24, 2025.

IT IS ORDERED.

DATED this 22nd day of April, 2025.

_____
THE HON. JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING TRIAL- 2
(*United States v. Anteneh Tesfaye*, CR 24-217 JHC)

SCANLAN LAW, PLLC
506 SECOND AVENUE, SUITE 1400
SEATTLE, WASHINGTON 98104
(206) 237-0677